OPINIONS PER CURIAM, ETC., FROM OCTOBER 12, 1903, TO JANUARY 3, 1904.

No. 10. DOUGLAS COMPANY, APPELLANT, *v.* A. F. STONE, LATE TREASURER, ETC. Appeal from the Circuit Court of the United States for the Western District of Virginia. Argued October 13, 1903. Decided October 19, 1903. *Per Curiam.* Decree affirmed with costs, on the authority of *Holt* v. *Indiana Manufacturing Company*, 176 U. S. 68; *Fishback* v. *Western Union Telegraph Company*, 161 U. S. 96, and cases cited. Mr. Daniel Trigg and Mr. J. H. Gilmore for appellant. Mr. William A. Anderson for appellee.

---

No. 11. JAMES U. HUGHES, PLAINTIFF IN ERROR, *v.* R. B. KEPLEY ET AL. In error to the Supreme Court of the State of Kansas. Submitted October 13, 1903. Decided October 19, 1903. *Per Curiam.* Dismissed for the want of jurisdiction, on the authority of *Turner* v. *Richardson*, 180 U. S. 87; *Erie Railroad Company* v. *Purdy*, 185 U. S. 148; *Mutual Life Insurance Company* v. *McGrew*, 188 U. S. 291, and cases cited. Mr. T. F. Garver for plaintiff in error. Mr. N. H. Loomis for defendants in error.